IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lee Momient, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NCO Financial Systems, Inc.; | ) |
| Wal Mart Stores, Inc.; | ) |
| General Electric Company, | ) |
| d/b/a GE Capital Retail Bank; and | ) |
| CAC Financial Corp. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, Defendant, NCO Financial Systems, Inc. ("NCO"), by its attorney, hereby removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois  In support of this Notice of Removal, NCO states as follows:

1. Plaintiff, Lee Momient, originally commenced this action by filing a Complaint against NCO and other defendants in the Circuit Court of Cook County, Illinois, where it is presently captioned *Lee Momient v. NCO Financial Systems, Inc., Wal-Mart Stores, Inc., General Electric Company d/b/a GE Capital Retail Bank, and CAC Financial Corp*., Case No. 2012-L-062024.  No further proceedings before the State court have occurred.

2. In the Complaint, Plaintiff alleges numerous causes of action against each Defendant. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "1".

3. Plaintiff alleges causes of action pursuant to several federal statutes including: the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et. seq; the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.; and, the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, et. seq. Plaintiff also alleges several common law causes of action.

4. This Court has original federal question jurisdiction over Plaintiff's statutory claims pursuant to 28 U.S.C. §1331, 28 U.S.C. § 1441, 15 U.S.C. § 1692k and 15 U.S.C. § 1681p. This Court also has supplemental jurisdiction over the common law claims.

5. NCO was served with the Complaint on or about May 9, 2012. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which NCO was served with Plaintiff's Complaint. *See*, 28 U.S.C. § 1446.

6. All Defendants unanimously consent to the removal of this lawsuit. Attached as Exhibit "2" is the written consent of Defendant Wal-Mart Stores, Inc. Attached as Exhibit "3" is the written consent of Defendant General Electric Company d/b/a GE Capital Retail Bank. Attached as Exhibit "4" is the written consent of Defendant CAC Financial Corp.

7. Notice of this Notice of Removal of this action is being immediately provided to the Clerk of the Circuit Court of Cook County, Illinois. See Exhibit "5".

8.      Written notice of this Notice of Removal of this action is also being caused to be served on Plaintiff, Lee Momient, at the address provided on his Complaint.

WHEREFORE, Defendant NCO Financial Systems, Inc. gives notice that this action is removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

            Respectfully submitted,

            <u>/s/ Daniel W. Pisani</u>

            Daniel W. Pisani
            James K. Schultz
            Sessions Fishman Nathan & Israel
            55 West Monroe Street, Suite 1120
            Chicago, Illinois 60603
            Telephone: (312) 578-0990
            Facsimile: (312) 578-0991
            dpisani@sessions-law.biz
            jschultz@sessions-law.biz
            *Attorneys for NCO Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by regular mail to the Plaintiff and to all other parties at the following addresses:

Lee Momient, Plaintiff
P. O. Box 608082
Chicago, IL 60660

James L. Thompson
Jenner & Block, LLP
353 North Clark
Chicago, IL 60654
JThompson@jenner.com
*Attorney for General Electric Company*

David A. Cheek
Cheek & Falcone, PLLC
6301 Waterford Boulevard, Suite 320
Oklahoma City, Oklahoma 73118
dcheek@cheekfalcone.com
*Attorney for CAC Financial Corp.*

Ami L. DeMarco
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4525
Chicago, IL 60601
(312) 566-0040
adeMarco@qpwblaw.com
*Attorney for Wal-Mart Stores, Inc.*

Respectfully submitted,

/s/ Daniel W. Pisani
Daniel W. Pisani
Sessions Fishman Nathan & Israel
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
dpisani@sessions-law.biz
*Attorney for NCO Financial Systems, Inc.*