# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

LEE MOMIENT
    Plaintiff
-v-
                                    1:12-cv-04453

NCO FINANCIAL SYSTEMS,
GE dba GE CAPITAL RETAIL BANK,
CAC FINANCIAL CORP,
WAL-MART STORES, INC

Defendants.

## PLAINTIFFS MOTION FOR VOLUNTARY DISMISAL PURSUANT TO FRCP 41

Now Comes the Plaintiff, Lee Momient and he moves this court to dismiss the case pursuant to FRCP 41(a)(1)(A)(i) against <u>ONLY</u> Defendants Wal-Mart Stores Inc. and GE dba GE CAPITAL RETAIL BANK and in support of which he states as follows:

1. There have been no answers or responsive pleadings filed by the defendants Wal-Mart Stores Inc. and GE dba GE CAPITAL RETAIL BANK.

2. Voluntary dismissal is proper under the rule FRCP 41(a)(1)(A)(i).

    Wherefore the Plaintiff, Lee Momient, prays this court enter and order dismissing the instant case against <u>ONLY</u> Defendants Wal-Mart Stores Inc. and GE dba GE CAPITAL RETAIL BANK with PREJUDICE .

                                                                                Respectfully Submitted,

/s/ LEE MOMIENT

P.O. BOX 608082

CHICAGO, IL 60660

773-712-3989