IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lee Momient, | ) |
| | ) |
| Plaintiff, | ) Honorable John W. Darrah |
| | ) |
| v. | ) Case No. 1:12-cv-04453 |
| | ) |
| NCO Financial Systems, Inc.; Wal Mart Stores, Inc.; General Electric Company d/b/a GE Capital Retail Bank; and CAC Financial Corp. | ) Magistrate Judge Susan E. Cox |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff, Lee Momient, and Defendant, NCO Financial Systems, Inc., Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and having reached a settlement of Plaintiffs' claims against NCO Financial Systems, Inc., hereby stipulate to the dismissal of this lawsuit *with prejudice* as to Defendant NCO Financial Systems, Inc., with each party to bears its own attorneys fees and costs.

Lee Momient, Pro Se
P. O. Box 608082
Chicago, IL 60660
773-712-3989
leemomient@live.com
Plaintiff

Daniel W. Pisani, Esq.
Sessions Fishman Nathan & Israel
55 West Monroe Street, Suite 1120
Chicago, IL 60603-5130
312- 578-0990
dpisani@session-law.biz
Attorneys for Defendant,
NCO Financial Systems, Inc.