# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE MOMIENT, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS INC., WAL-MART STORES, INC., GENERAL ELECTRIC COMPANY d/b/a GE CAPITAL RETAIL BANK, and CAC FINANCIAL CORP., <br><br> Defendants. | Case No. 12-CV-04453 |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff, Lee Momient, and Defendant, CAC Financial Corp., pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this lawsuit *with prejudice* as to Defendant CAC Financial Corp. with each party to bear its own attorneys' fees and costs.

_____
Lee Momient
P.O. Box 608082
Chicago, IL 60660
Email: leemomient@live.com
*Plaintiff*

_____
Amir R. Tahmassebi
Konicek & Dillon, P.C
21 W. State Street
Geneva, IL 60134
Telephone: (630) 262-9655
Facsimile: (630) 262-9659
amir@konicekdillonlaw.com

And

DAVID A. CHEEK, OBA #1638
dcheek@cheekfalcone.com
CHEEK & FALCONE, PLLC
6301 Waterford Boulevard, Suite 320
Oklahoma City, Oklahoma 73118-1168
Telephone: (405) 286-9191
Facsimile: (405) 286-9670
dcheek@cheekfalcone.com
rgrau@cheekfalcone.com
***Attorneys for Defendant,
CAC Financial Corp.***

S:\10017.021\(38865).DOC