# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4453 | **DATE** | 11/14/2012 |
| **CASE TITLE** | Momient vs. CAC Financial Corporation | | |

**DOCKET ENTRY TEXT**

A stipulation of dismissal with prejudice and without costs having been filed for defendant CAC Financial Corporation, this case is hereby closed. Any pending dates or motions are moot. Pretrial conference set for 8/15/13 and jury trial set for 8/19/13 is vacated. Civil case closed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|